PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ALLI K. OLSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-CV-01987-CKD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from April 3, 2017 to **May 12, 2017** due to current workload demands.  This is Defendant's second request for extension.  Good cause exists to grant Defendant's request for extension.  Additional time is required as counsel for Defendant has over 45+ active matters, of which five dispositive motions are required on or before the current deadline, including Defendant's opening brief before the Ninth Circuit.  Due to scheduling conflicts, counsel for Defendant needs additional time to complete the agency's review process and U.S. Attorneys' process for the Ninth Circuit brief. Additionally, counsel for Defendant was recently assigned a document review matter that

Joint Stipulation for Extension of Time; 2:16-CV-01987-CKD

1  requires immediate attention.  Defendant respectfully requests additional time to respond to
2  Plaintiff's Motion for Summary Judgment in order to adequately research, analyze and respond
3  to the issues presented by Plaintiff.  Defendant makes this request in good faith with no intention
4  to unduly delay the proceedings. Defendant will diligently meet the new deadline.  The parties
5  further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 30, 2017          */s/ *Cyrsu Safa*
                               (*as authorized by email on March 30, 2017)
                               CYRUS SAFA
                               Attorney for Plaintiff


Dated:  March 30, 2017         PHILLIP A. TALBERT
                               United States Attorney
                               DEBORAH LEE STACHEL
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                       By      /s/  *Tina L. Naicker*
                               TINA L. NAICKER
                               Special Assistant U.S. Attorney
                               Attorneys for Defendant

.

**ORDER**

APPROVED AND SO ORDERED:


Dated:  April 3, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE