PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ALLI K. OLSON,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:16-CV-01987-CKD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended for two weeks from May 12, 2017 to **May 26, 2017**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Additional time is required because counsel for Defendant had an emergency family matter earlier this week that required counsel for Defendant to take unscheduled leave. Defendant respectfully requests additional time to respond to Plaintiff's Motion for Summary Judgment in order to adequately research, analyze and respond to the issues presented by Plaintiff. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Defendant will diligently meet the new

Joint Stipulation for Extension of Time; 2:16-CV-01987-CKD

1

deadline. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 11, 2017          /s/ *Cyrsu Safa
                             (*as authorized by email on May 11, 2017)
                             CYRUS SAFA
                             Attorney for Plaintiff


Dated: May 11, 2017          PHILLIP A. TALBERT
                             United States Attorney
                             DEBORAH LEE STACHEL
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                       By    /s/ Tina L. Naicker
                             TINA L. NAICKER
                             Special Assistant U.S. Attorney
                             Attorneys for Defendant

.

**ORDER**

APPROVED AND SO ORDERED:

Dated: May 15, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE